No. 563, Misc. GLUCKSTERN *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 292. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* OVERNITE TRANSPORTATION Co., *ante,* p. 862. Petition for rehearing denied.

No. 30, Misc. SCHABER *v.* OHIO, *ante,* p. 853; and

No. 73, Misc. HOLIDAY *v.* UNITED STATES, *ante,* p. 834. Petitions for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of these applications.

NOVEMBER 13, 1962.

No. 62. NORTHERN NATURAL GAS Co. *v.* STATE CORPORATION COMMISSION OF KANSAS. Appeal from the Supreme Court of Kansas. (Probable jurisdiction noted, 370 U. S. 901.) The motion of the State of Texas for leave to participate in oral argument, as *amicus curiae,* is denied. *Will Wilson,* Attorney General of Texas, and *Linward Shivers,* Assistant Attorney General, on the motion.

No. 104. NEW JERSEY ET AL. *v.* NEW YORK, SUSQUEHANNA & WESTERN RAILROAD Co. Appeal from the United States District Court for the District of New Jersey. (Probable jurisdiction noted, 370 U. S. 933.) The motion of the National Association of Railroad and Utilities Commissioners for leave to file brief, as *amicus curiae,* is granted. *Austin L. Roberts, Jr.* on the motion. *Vincent P. Biunno* for appellee, in opposition.